AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:14-mj-00099-VCF |
| ) | |
| JUKKRIS SUWANSANG ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 02/12/14 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 2/11/14

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
FEB 11 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY